# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **KAREN JANE ALLEN AND** § | | |
| **GERALD GLENN ALLEN** § | | |
| *Plaintiffs*, § | | |
| § | **CIVIL ACTION NO. _____** | |
| **v.** § | | |
| § | **JURY** | |
| **STATE FARM LLOYDS** § | | |
| *Defendant*. § | | |

## INDEX OF MATTERS FILED

1. **Defendant State Farm Lloyds' Notice of Removal**

2. **Civil Cover Sheet**

3. **Exhibit A**

    **Index of Matters Filed**

    **List of All Counsel of Record**

4. **Exhibit B**

    **Plaintiffs' Original Petition**

    **Citation Issued to Defendant State Farm Lloyds**

    **Defendant State Farm Lloyds' Original Answer**

## **COUNSEL OF RECORD**

**COUNSEL FOR DEFENDANT:**

M. Micah Kessler
State Bar No. 00796878
S.D. Tex. I.D. 21206
Morgan Y. Bird
State Bar No. 24109646
S.D. Tex. I.D. 3362863
NISTICO, CROUCH & KESSLER, P.C.
1900 West Loop South, Suite 800
Houston, Texas 77027
Telephone: (713) 781-2889
Telecopier: (713) 781-7222

**COUNSEL FOR PLAINTIFFS:**

Chad T. Wilson
State Bar No. 24079587
David R. Sanders
State Bar No. 24093102
CHAD T. WILSON LAW FIRM PLLC
455 E. Medical Center Blvd., Suite 555
Webster, Texas 77598
Telephone: (832) 415-1432